**LAW OFFICES OF F. EDIE MERMELSTEIN**
F. Edie Mermelstein, State Bar No. 248941
18811 Huntington Street, Suite 240
Huntington Beach, CA 92648
Telephone: (714) 596-0137 Fax: (714) 841-8810
*Edie@FEMLawyers.com*

**LAW OFFICES OF JENNIFER HUGHES**
Jennifer Hughes, State Bar No. 211581
499 N. Canon Drive, Suite 400
Beverly Hills, California 90210
Telephone: (310) 887-7030 Fax: (866) 359-9366
*jhughes@hughesmedialaw.com*

Attorneys for Plaintiff ANTONIA BASILOTTA p/k/a TONI BASIL, an individual

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIA BASILOTTA, p/k/a TONI BASIL an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Simon Peter Lait, an individual; Stillwater, Ltd., a United Kingdom company; Razor & Tie Direct L.L.C., a New York Limited Liability Company; Razor & Tie Entertainment, L.L.C., a New York Limited Liability Company; and Razor & Tie Music Corp., a New York Corporation and Does 1-10,<br><br>Defendants. | CASE NO. CV-12-5186 FMO (SHx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Complaint Filed: June 14, 2012<br>FAC Filed: March 5, 2013<br><br>Trial Set: November 4, 2013 |

1

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff Antonia Basilotta, p/k/a Toni Basil ("Plaintiff"), hereby gives notice of her voluntary dismissal without prejudice in its entirety of Defendants Simon Lait, Stillwater, Ltd., Razor & Tie Direct L.L.C., Razor & Tie Entertainment, L.L.C., and Razor & Tie Music Corp. ("Defendants"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Defendants have not filed an answer or motion for summary judgment as of this time. In support of this notice, Plaintiff relies on Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: May 2, 2013

LAW OFFICES OF F. EDIE MERMELSTEIN
By: _____/s/_____
F. Edie Mermelstein

LAW OFFICES OF JENNIFER HUGHES
Jennifer Hughes

*Attorneys for Plaintiff*

2
**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)
OF THE FEDERAL RULES OF CIVIL PROCEDURE**